UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02216-WYD-KMT

THEODORE KORAL,

      Plaintiff,

v.

INFLATED DOUGH, INC.,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      THIS MATTER is before the Court upon review of the case file.

      On November 18, 2013, defendant, Inflated Dough, Inc., filed a Motion To Dismiss [ECF No. 17] plaintiff, Theodore Koral's, Collective Action Complaint And Jury Demand [ECF No. 1].  On December 9, 2013, Koral filed an Amended Class And Collective Action Complaint And Jury Demand [ECF No. 21].  Because Koral's Amended Class And Collective Action Complaint And Jury Demand [ECF No. 21] is the operative pleading in this matter, Inflated Dough, Inc.'s Motion To Dismiss [ECF No. 17] is moot.  As such, it is

      ORDERED that Inflated Dough, Inc.'s Motion To Dismiss [ECF No. 17] is **DENIED AS MOOT**.

      Dated: April 10, 2014.